2:6 CR
20065

7/2/2026

FILED BY _____ D.C.

JUL - 6 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

Dear Judge Micheal Moore,

I write this letter in hopes you receive this and consider my honest opinion reguarding the sentencing of my son, Angelo.

I know him as no one else does. He carries deep remorse for what has taken place. He sees and lives the damage these actions have caused, not only to himself but to his family and all that it effected.

He tried to make things right by co-operating with the FBI on numerous occasions. He was truthful and answered without intent to deceive. They promised to be lenient on his charges, but I know all decisions are made by you.

I am certain Angelo, will honor your instructions and do anything you ask of him. This is why I ask you to grant probation and leave him present in his familys everyday life. As you know, children need stability and a complete family circle. Angelo has two small children, one that is Autistic and needs him daily in his life.

I only have words to put on this paper to try to express the necessity of his fathers presence in his everyday life. (morning, afternoon and evening) school, extra activities. I could not imagine how he will manage without him. Its so sad. So many people will be effected by the decision you make.

Angela has made a terrible mistake, but this can not define his whole being in life. These actions will follow him throughout his career and he will need to worker harder to support his family than ever before. Being a father is the most important thing in ones life. Please have mercy and keep them stable by granting probation. I pray he will be able to pick up the broken pieces and make them whole again.

If you would want to speak with me, I will be attending his hearing. I thank you for taking the time to read my thoughts.

Sincerely,
Mrs. Martino Jr.



**PRIORITY® MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*

U.S. POSTAGE PAID
PM
BETHEL PARK, PA 15102
JUL 02, 2026

**$12.90**

S2324P502164-75

33128

0 Lb 0.70 Oz

RDC 03

EXPECTED DELIVERY DAY: 07/06/26

USPS TRACKING® #

9505 5154 3923 6183 8055 01

For international shipments, the maximum weight is 4 lbs.

EP14H February 2024 OD



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL®**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

RECD BY: _____ D.C

JUL 06 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**TRACKED ■ INSURED**

PS00001000064

EP14H February 2024
OD: 10 x 5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

how2recycle.info



Remove From Pouch

PAPER POUCH | PLASTIC WINDOW

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

Case 1:26-cr-20065-KMM   Document 42   Entered on FLSD Docket 07/08/2026   Page 5 of 5

Jackie Martino
119 Barnwood Dr
Bethel Park, Pa
15102

Honorable
K. Micheal Moore

The Honorable
US District Court

Judge K Micheal Moore
Wilkie D. Ferguson Jr.
US Court House
400 North Miami Ave
Miami Fla 33128